BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00203 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date: February 3, 2014 |
| AGUSTIN SIMON | Old Time: 8:30 a.m. |
| Defendant. | **New Date: October 6, 2014**<br>**New Time: 8:30 a.m.**<br>**Courtroom: Four (Hon. Lawrence J. O'Neill)** |

Defendant AGUSTIN SIMON pleaded guilty on June 10, 2013, to the Information filed in this case. Sentencing is currently set for February 3, 2014, at 8:30 a.m.

To allow additional time for Mr. Simon to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from February 3, 2014, to October 6, 2014, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date,

////

////

////

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING

1

and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Dated: December 3, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

| Dated: December 3, 2013 | McALLISTER & McALLISTER |
|---|---|
| | /s/ Kirk W. McAllister |
| | KIRK W. McALLISTER<br>Attorney for Defendant AGUSTIN SIMON |

IT IS SO ORDERED.

Dated: **December 5, 2013**    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING

2